IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| SAFECO INSURANCE COMPANY OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MATTHEW GRIESHOP; JOSHUA ADAM DELAVAN and KATE SARAH DELAVAN,<br><br>Defendants. | CV 20-24-BLG-SPW-TJC<br><br>ORDER |

Pursuant to the parties' Consent to the Exercise of Jurisdiction by a United States Magistrate Judge,

IT IS HEREBY ORDERED that this matter is re-assigned to United States Magistrate Judge Timothy J. Cavan.

The Clerk of Court shall immediately notify the parties and Judge Cavan of the entry of this Order.

DATED this 26th day of August, 2020.

SUSAN P. WATTERS
United States District Judge