IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| SAFECO INSURANCE COMPANY OF AMERICA, | CV  20-24-BLG-SPW-TJC |
| Plaintiff, | **AMENDED ORDER** |
| vs. | |
| MATTHEW GRIESHOP, JOSHUA ADAM DELAVAN, KATE SARAH DELAVAN, | |
| Defendants. | |

Defendants Joshua Adam Delavan and Kate Delevan have filed an unopposed motion to for extension of time to respond to the First Amended Complaint and to respond to Safeco's Motion for Summary Judgment.  (Doc. 32.) Good cause appearing, IT IS HEREBY ORDERED that the motion is GRANTED. Defendants Joshua Adam Delavan and Kate Delevan shall respond to the First Amended Complaint and Safeco's Motion for Summary Judgment by **September 24, 2020**.

DATED this 8th day of September, 2020.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge