UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| SAFECO INSURANCE COMPANY OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MATTHEW GRIESHOP, JOSHUA ADAM DELAVAN, AND KATE SARAH DELAVAN,<br><br>Defendant. | Case No. CV-20-024-BLG-TJC<br><br>JUDGMENT IN A CIVIL CASE |

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**  X  ** **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record.  A decision has been rendered.

IT IS ORDERED AND ADJUDGED Pursuant to Order (Doc. 69), Judgment is entered in favor of Safeco.

Dated this 31st day of March 2021.

TYLER P. GILMAN, CLERK

By: /s/ Heidi Gauthier
Heidi Gauthier, Deputy Clerk