IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| SAFECO INSURANCE COMPANY OF AMERICA,<br><br>　　　　Plaintiff/Counterclaim Defendant,<br><br>vs.<br><br>MATTHEW GRIESHOP, JOSHUA ADAM DELAVAN, and KATE SARAH DELAVAN,<br><br>　　　　Defendants/Counterclaim Plaintiffs. | CV 20-24-BLG-TJC<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

Pursuant to Plaintiff Safeco Insurance Company of America's Notice of Settlement (Doc. 73), and good cause appearing,

IT IS HEREBY ORDERED that this action is dismissed with prejudice.

DATED this 20th day of April, 2021.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge